IN THE UNITED STATES DISTRICT COURT
FOR THE *Southern* DISTRICT OF GEORGIA
_Dublin_ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Christopher L. Amerson

C.D.C 1111426

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 30 2026

FILED

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Commissioner Tyrone Oliver,
Warden Andrew McForlane,
Warden of security over Tier
Ricky Wilcox, warden of...

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

CV326- 004

## I. GENERAL INFORMATION

1. Your full name and prison number __Christopher L. Amerson__

2. Name and location of prison where you are now confined __T.S.P__

3. Sentence you are now serving (how long?) __Life + 50 yrs__

    (a) What were you convicted of? __A/R  F/I  Kidnapping__

    (b) Name and location of court which imposed sentence __De Kalb cnty__

    (c) When was sentence imposed? __2002 may__

    (d) Did you appeal your sentence and/or conviction?   Yes ✓  No ☐

    (e) What was the result of your appeal? __Denied__

(f) Approximate date your sentence will be completed ___U/N___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes [✓]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s): _Christopher L. Amerson_

Defendant(s): _Commissioner Tyrone Oliver et, al_

(b) Name of Court: _U.S. M.D ct house_

(c) Docket Number: _5:24-CV-149_   When did you file this lawsuit? _Feb 2025_

(d) Name of judge assigned to case: _U.S. Dist Judge Marc Tredwell_

(e) Is this case still pending?   Yes [✓]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?

(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_Claims dismissed without prejudice inorder to be filed in this/ Proper Dist_

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): _Christopher L. Amerson_

Defendant(s): _Tyrone oliver et al_

(b) Name of Court: _U.S. M.D. ct_

(c) Docket Number: _5:23-CV-387_   When did you file this lawsuit? _10-6-23_

(d) Name of judge assigned to case: _Stephen Hyles_

(e) Is this case still pending?   Yes [ ]   No [✓]

## Continuation of Defendants.

... security Foster, u/m over Tier Jimmy Kellom, Chief Counselor Johnson, u/m site, Lt Chambers, Sgt A. Brown and u/m A. Hunt are being sued Individually and in their official Capacities.

## Previous Lawsuits...

7. ... Amerson v. Deberry Doc # 1:20-cv-03326 N.D. Nov. 03 20 Dismissed, Amerson v. Allen, Doc# 6:18-CV-00062, S.D. Mar 25, 2019. Dismissed, Amerson v Allen Doc# 6:17-CV-00156 .m.D. July 2018 Dismissed, Amerson v Allen. Doc# 19-11379, (11 Cir) Aug 7. 2019, Dismissed, . Amerson v. Hall Doc # 5:23-CV-498. Sept 2023 Dismissed without Prejudice m.D. Judge Marc Tredwell, Amerson, v wilcox Doc# CV-24-044. May 2024. Dismissed without Prejudice, S.D ct, Amerson v. oliver Doc # 5:24-CV-149 Feb 2025, Pending Judge Marc Tredwell m.D. ct, Amerson, v. Smith Doc # 5:23, Cv-268, around July 2023, Dismissed, Judge Marc Tredwell m.D. ct, Amerson, v. Hall Doc# unsure 2007-8, Dismissed. without Prejudice I Believe.

Note: The petitioner informs the Court at this time that this is all of the previous Lawsuits that he recalls filling at this time. The petitioner believes that it is still a few that he hasn't mentioned and is able to recall though. The petitioner has had his Legal papers Seized by Prison officil's in the past that has never been returned and therefore is unable to provide all of the exact info that the ct is requesting, and However, the Info that has been Provided the petitioner has obtained from orders that he has records of filed in previous filed suites and has provided what he has knowledge of at this time.

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_Dismissed without Prejudice around mar or April 2024_

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis,* was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☑    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

_All Action filed except_                    _Smith 5:23-CV-268_
_Amerson, V. oliver 5:23-_              _To the Best of my_
_CV-387, Amerson, V Hall_              _memory see Attached_
_5:23-CV-498, Amerson V._              _page_

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _T.S.P_

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑    No ☐

(2) If Yes, what was the result? _Emergency Grievances submitted pertaining to Each Condiction, some responded to and Appealed to central ofc, and Denied, and the others, Pertaining to the Condictions Not responded_

(3) If No, explain why not: _to and therefore Appealed straight to central ofc by and through U.S. mail with Attached cert of service Attachment, Indigent mailing Receipts also witnessed. Not responded to. Also online complaints Filed/Appealed, at the G.D.C Imbudsmen ofc, Not Responded To. either_

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I have wrote and mailed Comm Tyrone oliver multiple Letters, Last one wrote and mailed Jan 9, 26, wrote warden McFarlane. several letters, submitted statements, and filed Grievances. Also filed Claims In the U.S. mo related to the same Conditions that they are aware of

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? Appeals have been filed Related to all Condichons/ Grievances Some dEnied, others No response returned to.

(2) If No, explain why you did not appeal:_____

_____

10. In what other institutions have been confined? Give dates of entry and exit.

C.S.P 02-03, T.S.P. 03, M.S.P. 04, W.S.P, 07, H.S.P 08, C.S.P 08 V.S.P 08-09, H.S.P 09-03, R.S.P. 13, S.S.P 14, H.S.P. 15, R.S.P 16-18 S.S.P 18-19, M.S.P. 19-20, T.S.P 20, C.C.F. 20-22, H.S.P 22-23 M.S.P 2023 to best of my memory.

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Telfair State Prison
P.o. Box 549 E-2 125
Helena GA, 31037

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Tyrone oliver Comm. G.D.C. Johnson, Chief Counselor Andrew McFarlane warden Ricky Wilcox, Tier Warden of security, Foster Head warden of security, Jimmy Kellom Tier u/m, A Hunt Tier U/m, U/m site. Tier u/m Lt Chambers, Sgt A.Brown, all work at T.SP P.o. Box 544, Helena GA, 31037, besides Comm. T. oliver.

## V. STATEMENT OF CLAIM

13.  In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? _Telfair S.P_

WHEN do you allege this incident took place? _These are daily and Continual Incidents_

WHAT happened? _1.) This is a Condiction of Confinement Lawsuit.    Shortness of staff_
_2). At all times since the petitioner has been at T.S.P there has been less than 55 staff members and the required amount of staff members on each shift according to G.D.C. Policies to run a properly function ing and safe level 5 Close security Prison._
_3). Due to Shortness of staff, Inmates orderlies and head gang members are being allowed and even instruc ted to run the Prison, and Perform officer duties, Such as serving meals in the lock down units un supervised, Helping and assisting defendants Chambers and Brown Doing singal staff shower Escorts in the lock down Unit while inmates are handcuffed Which violates G.D.C. Policy and is a Breach of security, Inmates are passing out Inmates personal_

1 of 10

... and Legal mail that is violating G.D.C Policy and rules, Running medical excorts in the lock down unit, and performing other officer duties that are prohibited by G.D.C. S.O.P and Policy due to the shortness of staff.

(4). Due to shortness of staff there is not enough staff to work dorm Post in General Population and in the lock down units, and the majority of the post due not have any staff working them. As a result multiple and continual murders are taken place in the lockdown units and in G.P., and Inmate violence such as repeated assaults, Fights and Stabbings, Inmates are also being tied up, tortured and abused in other ways and are not able to get help in a lot of the cases in time which have resulted in the majority of the deaths that has took Place in both the Lock down unit and in G.P.

(5). Due to shortness of staff in the lock down unit and in G.P. staff are not making rounds as required by G.D.C. Policees, Checking on the welfair of Inmates and as a result. Inmates are killing there cellmates and Inmate in G.P. Dorms and staff does not become aware of these killings until hrs later, and in some cases almost a half a day later due to only a few staff being present ~~in both the lockdown un~~ at the Prison during those times.

(6) Due to Shortness of staff in the lock down unit defendant Brown and Chambers are running showers using Inmate orderlies as their second escort helper and as a result the petitioner who has had conflicts with a Blood gang members and which membership that staff are aware of are attempting to kill and harm the petitioner through the reports that have been made and Complaints, P.C. Statements, and Grievance Filed, life was placed in danger by defendant Brown who Excorted the petitioner back to his cell from the shower handcuffed behind his back by her self, which lead to ~~the~~ one Blood orderly attempting to get around defendant Brown and attack the Petitioner while in hand cuffs. A Emergency Grievance and Appeal was Filed related to this Incident on 12-12-25 but defendant Brown has Continued to Signal man Escort the Petitioner to the shower handcuffed around Inmate orderlies,

(7) Due to shortness of Staff Inmates hole orderlies are present in the lock down unit from about 4am- 5pm and Run the dorm unsupervised most times, as a result they attempt to try and keep order and resolve issues like Inmate Flooding, throwing Items out the Flaps Ect, and use violence such as hitting Inmates through the open Flaps with sticks, and have stabbed Inmates while they were at the Flaps on two occasions that, Both of the two Inmates stabbed were reported to defen d ant Brown, Chambers and wilcox by these Inmates King and white who were both asigned to E-2118 at the time of the incidents, and reported to medical staff, and no Corrective Actions were ever taken by these defendants against the Inmate orderlies who committed these assaults, and they are still being allowed to work the lock down unit, E-2 Cameras are witness to these Incidents also and the petitioner even wrote defendant oliver a 1-9-26 Letter and has Filed E.g & Appeals related to violence of the Sort taking place due to shortness of staff Ect, but No action have been taken by these defendants to Correct or rememdy the Problem.

(8) Due to shortness of staff inmates are being confined to/ in lock down Cells 24 hrs a day and not being allowed their 1 hr a day yall Call 5 days a week according to G.D.C S.O.P and Policy, and this is a level 5 and mental health Camp, and this is affecting Inmate behavior, and is playing a part in the Continual murders taking place in the lock down unts because Inmates are asking for yard calls that everyone is not being allowed and threats are being made for not being allowed to.

## Protective Custody

(9) Per S.O.P and G.D.C Policy Inmates are allowed P.C. If they feel their life is in danger.

(10) The petitioner has submitted several P.C. Request, not limited to the First one ever submitted to defendant wilcox by mental Health Counselor Ms Jacobs on may 9, 24 which was a may 8, 24 P.C. Statement addressed to defendant ...

(11) The petitioner also submitted a P.C. Request to defendant foster that was addressed to defendant mcFarlane while at his cell door for Inspection.

(12) Since the time the petitioner has arrived at T.S.P defendant mcFarlane, foster and wilcox has refused to provide the petitioner with P.C. From G.D. gang members who the petitioner has been repeatedly assaulted by and from Blood gang members attempting to harm and kill the petitioner along with G.D. Inmates, and which the petitioner has braught to the attention of defendant foster, mcFarlane, and wilcox and oliver, through Grievances, Filed, P.C. statements and letters forward to them, and submitted

(13) Defendant foster, sites kellom, wilcox, mcFarlane, Chamber, Hunt and Brown are not providing P.C. to Inmates Including the petitioner at T.S.P upon request and are telling Inmates along with other staff that there is no P.C. at T.S.P. and forcing Inmates who fear for their Lives into cells in the lock down units and in G.P dorms with inmates that they are protesting to live amongst and this is leading to violence, assaults and murders at the prison, and especially in the lock down units.

<u>Inmate Murders</u>

(:) since the petitioner has arrived at T.S.P in 2024, he has noticed that defendants foster, sites, kellom, wilcox, Hunt, mcFarlane, Johnson, Brown and Chambers, who are all Administration staff and required to due Inspections, In G.P. and the lock down units, conduct Classification hearings, make security Rounds, and perform other functions required by Policy to insure & manage proper Functioning of a safe and secure Environment at the prison, are not proforming these duties inaccor...

4 of 10

...dance with C.D.C. S.O.P and Policy and which is leading to a lot of the Inmate murders, assaults and other violance. taking place.

(15) Inmates possess hand knives, swords and other dangerous tools and metles in the lock down and G.P. dorms in large amounts that staff are aware of and allow them to possess for their protection, and these tools are being used as murder weapons, when Incidents take place between Inmates and are leading to murders at the Prison.

(16) Since the Petitioner has arrived at T.S.P and under defendant mcfarlane, Site, wilcox, Foster, Hunt kellom, Chambers, and Brown at lest 15 murders have taken place and majority of them in the lock down units which have no staff working the floor on either side or in the Control booth as required by C.D.C Policy and S.O.C, and Inmates are left to fend for themselves and are not able to get help from staff in times that Conflicts arise in most cases and especially on night shift and on week ends which most of the time when these murders and violence happen, due to hardly and Some time No more than 15 Total staff being present at the Prison during these times. Which house Approximately 12 to 1500 Inmates.

(17) T.S.P. is a Level 5 Close Security mental Health Camp and most of the murders taking place are being Committed by m.H. Inmates that are supposed to be Closely Supervised at all times due to their m.H. conditions, but are not bEing properly being supervised due to shortness of staff.

(18) The Petitioner has filed both Grievance and appeals on the following defendants related to the Violence, and murders taking place at T.S.P and defendants mc Farlance wilcox, Foster Sites, Chambers, sgt Brown, Hunt, kellom and Johnson failure ...

5 of 10

... to supervise, provide staff and failing to train their under staff properly ~~they~~ It is resulting in the murders and other violence and is putting the petitioner and other inmates at future risk of harm and in constant imminent dangers. ~~as well~~ and No corrective actions have been taken by either of the defendants, and daily they have continued in violation of the G.D.C. S.O.P, Rules they are governed by, and Policies, and as a result Inmates are being assualted and murdered in almost a month to month time frame which has been this way for the last to years regularly and staff and the defendants are acting if this is not a problem or even attempting to remedy the problems by at least starting to abide in S.O.P, Rule and according to Policy Dictates.

(19) The Petitioner has even wrote defendant oliver repeated letters that he has mailed to him, and sent him emails related to Inmate violence at T.S.P, M.S.P, and H.S.P as well as filed claims on him in the U.S. m.D Ct related to the same and similar issues that he has been been alerted by and made aware of through, but he has never responded to the petitioners Letters or emails and has allowed each prison to continually run in the way they are and ~~thous~~ has also been Grieved and, Appealed by the Petitioner, through E.g. Filings.

(20) Defendant oliver and mcFarlane are responsible for ensuring that T.S.P have enough Staff to Run the Prison properly and that it will limit the violence and murder taking place at the Prison, but are not producing or providing enough adequately trained staff to run and manage the Prison in accordance with the G.D.C. S.O.P and Policy Dictates, and this is keeping the petitioner & T.S.P Inmate at risk of being harmed, continually and has ...

... Placed. each of there lives and well being in dangers. imminent

(21) Defendant Johnson is the Chief Counselor at T.S.P and is aware of inmate murders and have even witnessed to at least on Incident while conducting duty rounds in July or Aug 2024 where a Inmate was murderd, and has been informed by Grievances Filed by the petitioner that thes murders and other violence are Placing the Petitioner and other Inmates lives at risk of future harm and in danger, but she has refused and failed to take any actions to attempt to remedy the issues after being alerted by complaints Filed by the Petitioner in the Dept in which she is over.

(22) Defendant Chambers, Brown wilcox, Hutt, Kellom, & Site are all placing and Forcing Inmates in cells and housing units that are leading them to be assaulted & murdered and against Inmates will, and lock down Inmates as a whole are all witness to these facts and Protest these Forced Housings daily but are still forced to live with Certain Inmates unless or until they Cause a problem, and Inmate Dexter Hogan, Herman williams, and F-1, F-2, E-2, E-1 and D-2 Inmates are all witness to this Fact and the Petitioner who continually is being Forced to live in Cells with G.D gang members that he has requested P.C. against.

(23) Inmates who are Committing violent acts and are murdering other Inmates are being Charged with assaults in some cases and Just wrote DR's and, those Committing assults are most times never Charged, wrote DR's or Locked down, and defendant McFarlane, wilcox and oliver are aware of this and allowing these violent acts and not discipling all Inmates Committing murders & stabbings to G.P.I.C Dictates, and this is Encouraging more violence by Inmates and murder at the Prison

7 of 10

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Inmate Dexter Hogen, Herman Williams, Lt Wright, Sgt Harner, Securtary Melissa, Rynolds, warden T. Keith, medical Nurses, Mayers, Towns, P.A Murry, Nurse Curses Counselors, Holt, Hill, Conaway, Best & Kirby, OR Chaney

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)    Relief

(10) wherefore, plaintiff respectfully pray that this court enter Judgment:
(11) Granting plaintiff a declaration that the acts and ommissions decribed herein violate his rights under the const and Laws of the U.S. and
(12) A prelimanary and permanent injunction, ordering defendant Oliver, McFarlane, Wilcox, and Foster to having Inmates Charged for murders and stabbings ...

16.  You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17.  KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this ___14th___ day of ___Jan_____, 20__26__.

_____Chris Ameson_____
PLAINTIFF

15. Relief Continued...

in accordance with policy, and locked down for all violent offense against other Inmates, DR's written, and Findings made by a DR hearing officer;

(12)^A defendants oliver and Mcfarlane, hire and maintain in accordance with G.D.C. Policy the required amount of staff to Run a level 5 prison, and asign post officer staff to each dorm to work the Control booths and each dormatory Floor;

(12)^B defendant oliver and mcfarlane Enforce the Protective Custody policies and insure that Inmates requesting P-C for Fear and threats on there life be allowed to receive P.C. and the Proper Procedure be abided in.

(12)^C defendant oliver and mcfarlane create a G.D.C Hot line that Inmates can Contact through the Inmate Phone system to Report threats on their life by staff and Inmates that they can be Immediatedly be seen by a Investigation dept of the G.D.C and request to be Placed in or on P.C. Immediately after reports or made, and which reports allegation made to the Prison warden of security and war dens Dept Immediately, as well as to the Counseling Dept.

(12)^D defendants oliver and all defendants to start carrying out their official duties in their Entirties, and in accordance with G.D.C. S.O.P and Rules

(12)^E defendants oliver and mcfarlane. to Enforce, Rounds are being made in accordance to S.O.P Governing the lock down Units, Inmate charts be signed each times Rounds are made and staff log Books,

(12)^F All defendants record all Incidents and occurrences in the staff log book, in each dorm in the time thre happen, and Enforce there under staff officers to do the same

(12)^G defendant mcfarlane to stop refusing the Petitioner P.C. For the P.C. Request he already has submitted.

(12)¹¹ All defendants Stop forcing Inmates into cells with in mates and into dorms with inmates that they are informing staff they Cant live with, or Fear living with.

(12)¹² All defendants and there understaff stop running Running Singal bman Escorts while inmates are being Escorted to showers and any place around uncuffed Inmates and running singal bman Escorts Period.

(12)¹³ Start Running yard daily and in accordance with Policy.

(12)¹⁴ Stop allowing Inmates to possess weapons

(13) Granting plaintiff Nominal dameges against defendant Jointly and severally.

(14) Granting punitive damages in the amount of $100,000 against each defendant, Jointly and severally.

(15) Petitioner also seeks a Jury trial on all issues triable by Jury.

(16) Petitioner also seek recovery of his cost in this suite; and

(17) Any addictional relief this Court deems Just, Proper and equitable.

## 16. Legal Claims

Plaintiff reallege and incorporate by reference para graph 1-23

(2.) By defendant oliver being informed about the violance. and murders taken place at the Prison, by letters mailed to him. and E.g Filed and failing to adequately remedying, and Correcting the issues, he is placing the petitioner life at future risks of being harmed t even murdered and is violating the Petitioners rights of the U.s. 8th Amendment Const Rights And causing the Petitioner Emotional Distress.

(3) By defendant oliver and mcFarlane failing to provide and maintain a appropriate amount of staff officers to run the Functions of the Prison inorde to insure It is Running

8 of 10

... in accordance with security dictates and the prison being grossly under staffed, Defendants Oliver and McFarlane are failing to Insure the safety of T.S.I.P Inmates who are being murdered continually in dorms where no staff are working those Post. and is placing the petitioner and T.S.I.P Inmates lives in Imminent danger and futur risk of harm, violating the petitioners U.S. Const Rights of the 8th Amend and is causing the petitioner emotional distress.

(4.) By Defendant oliver failing to adequately train and super vise his subordinates and All defendants and or have them properly trained how to operate in there positions at the prison they are allowing, and failing to adequately remedy violence at the prison that are leading to Continual deaths of Inmates and placing their life at risk of future harm, death, and In imminent dangers and is violating the petitioner rights to the 8th Amend of the U.s. Const, and causing the petitioner emotional Distrest.

(5.) By Defendant McFarlane failing to adequated train, have trained. and properly suppervise the defendants, wilcox, Foster Hunt, kellom, Chambers, Brown, Johnson, sites, in their positions they are failing to proform their responsible duties adequately and it is leading to violence being wide spread at the prison and leading to Inmate deaths and is placing T.S.i.P Inmates and the Petitioner life in Imminent dangers, and at risk of future harm and is violating the Petitioners 8th Rights to the U.s. Const. and Causing the Petitioner Emotional Distress.

(6.) By defendants oliver, McFarlane, wilcox, Foster being informed by the widespread of violence, and continual murders at the prison and not taking appropriated measures to Fix Correct or remedy the problem inorder to Reverse and or limit the affects of the violence and deaths resulting they are placing the Petitioner and T.s.i.P lives in future risk of harm, and Imminent dangers and is violating the petitioner 8th Amend Rights to the U.s. Const and Causing the Petitioner Emotional distress.

(7.) By defendants sites, u/m Hunt, kellom, Chambers, Brown, and wilcox forcing Inmates in to cells with Inmates they ...

9 of 10

Fear to be housed with they fixed blocking Inmates and the petitioners life in imminent dangers and future risk of harm and is violating the petitioners 8th Amend right to the U.S. Const, and causing the petitioners Emotional distress.

(8.) By defendants McFarlane, Wilcox and Foster refusing the Petitioner Protective Custody after having informed them that he fears for his life after having been repeatedly assaulted by G.D. Gang members, and threated to be killed by them and Blood gang members, they are failing to protect the Petitioner from, imminent dangers that may result, and future risk of harm, and is violating the petitioner 8th Amend Rights to the U.S. Const and Causing the petitioner Emotional distress.

(9.) By defendants McFarlane, Wilcox, Johnson, Foster, Hunt, Kellomi, Chambers, Brown sites, Conducting Inspection rounds, Welfare Checks, Security Rounds in the lock down & G.P units and according to S.O.P .and Policies, they are failing in their duties to maintain arproper functioning prison and Safe and secure Environment that is leading to a breach in security, Murders and putting inmates at risk of harm & dangers due to their inaction, and is violating the petitioner 8th Amend Rights to the U.S. Const.

(10.) By defendant Johnson, McFarlane, Wilcox, Foster, Kellomi, Hunt, Sites, Chambers, Brown, and oliver being informed by Certer ance Complaints Filed against them for failing to train, supervise, not remedying the violence at the prison thats leading to murder and being short of staff, and failing to fix the issues, Correct their own actions, and are Continuing to ignore the violance and murders taking place, they are all placing the petitioner and T.S.I.P Inmates life in danger, and at future Risk of harm and violating the petitioners eight Amend Rights to the U.S, Const, and is Causing the petitioner emotional Distress.

10 of 10

I Certify that I have forward a copy of the same foregoing by having the same deposited in the U.S. mail box attached to a Jan 14,26 Indigent mailing request signed and dated by sgt Brown Jan 14,26, attached to insure adequate Postage is affixed to the properly Sealed and addressed 10x13 Envelope used to promote Prompt delivery to.

This 14th day of Jan 2026.

Christopher L. Amerson   1/14/26
Chris Amerson
T. S. P.  P.o. Box 549
Helena, GA 31037

TO:  U.S. Dist Judge
Clerk BrianEpps
U.S.District ct house Southern
P. O. Box 1130
Aug, GA, 30903.

TO: Betty Amerson
... Dunn NC.
28334.

Please Find Inclosed
1). 42 U.S.C 1983 Complaint  1 copy of
    Dated 1-14-26
2). 1 copy of  1-14-26
    Dated, Declaration under
    Penalty of Perjory.
3). 1 Copy of 1-14-26 Dated
    Motion to Proceed without
    Payment or Fees and
    Affidavit.
4). 1 November 26 25 acct
    Statement by Ellswick Adrean.
5). 1 November 26. 25 Acct Certification
    Signed by Ellswick Adrean.

Christopher L. Amerson 1111426
T.S.P. P.O. Box 549. E-2 125
Helena, GA, 31037



U.S. Dist Judge
Brian Epps.
Southern U.S. District ct house
P.O. Box 1130
Aug. GA 30903

INSPECTED BY CRW